IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01575-BNB

CHARLES LEE KETTERING, #104451,
275 W. Highway 50,
Cañon City, CO 81215,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS,
COLORADO TERRITORIAL CORRECTIONAL FACILITY, 275 W. Highway 50,
    Cañon City, CO 81215,
WARDEN JAMES ABBOTT, et al.,
MAJOR MAYFIELD,
LT. GREGORY HEIDENTHAL,
CAPTIAN [sic] HOLDITCH,
SGT. WILLIAMS,
SGT. COCHRAN,
CO MCDOWELL,
KEN TOPLISS,
LT. ROBERT FAZZINO,
CO DEFRANSISCO,
CAPTIAN [sic] ACHEN,
CO SIMPSON,
CO MASCARANAS,
CO SGT. RICKY WATKINS,
CO CORFESE,
CO SANCIVALL,
CO GILLMAN,
CO UNKNOWN WOMAN RUNNING CAMPRA,
CO UNKNOWN MEXICAN STRIP SURCH [sic],
CO UNKNOWN,
CO UNKNOWN,
CO UNKNOWN,
CO UNKNOWN,
CO UNKNOWN,
CO UNKNOWN,
CO UNKNOWN,
CO UNKNOWN,
ASSISTANT WARDEN ARELLANO,
C. SMITH, Legal Assistant I,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 5 2007

GREGORY C. LANGHAM
                    CLERK

MAIL ROOM STAFF, and
COLORADO STATE PENITENTIARY C.S.P.,

    Defendants.

---

### ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

---

Plaintiff, Charles Lee Kettering, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. On August 20, 2007, Mr. Kettering filed *pro se* an amended civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993). He also has filed a motion for a preliminary injunction, titled "Plaintiff Request for Preliminary Injunction to Order C.T.C.F. to Keep the Vidios [sic] (Tapes) of All Insodents [sic] to Use as Evidence for Plaintiff's Claims."

The Court must construe liberally the motion for a preliminary injunction because Mr. Kettering is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the liberally construed motion for a preliminary injunction will be denied.

Mr. Kettering asks the Court to order Defendants to preserve videotapes of the year 2007 strip searches he alleges occurred on April 18, May 25, June 29, and July 20. He offers no explanation as to the reason or reasons he seeks to preserve the tapes of the strip searches for use in discovery in the instant action, other than his concern that Defendants otherwise may dispose of the videotapes. In the complaint, in

2

claims two and three, he refers to year 2007 strip searches primarily occurring on different dates, i.e., April 18 and 19 and May 24 and 29.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury to him outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Mr. Kettering fails to allege facts that demonstrate he is facing immediate and irreparable injury. Therefore, the liberally construed motion for a preliminary injunction will be denied. Accordingly, it is

ORDERED that the liberally construed motion for a preliminary injunction, titled "Plaintiff Request for Preliminary Injunction to Order C.T.C.F. to Keep the Vidios [sic] (Tapes) of All Insodents [sic] to Use as Evidence for Plaintiff's Claims," that Plaintiff Charles Lee Kettering submitted to and filed with the Court on August 20, 2007, is denied.

DATED at Denver, Colorado, this 4 day of Sept, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01575-BNB

Charles Lee Kettering
Prisoner No. 104451
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/5/07

GREGORY C. LANGHAM, CLERK

By: /s/ Ada
Deputy Clerk