IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff,

v.

CO McDOWELL,
CO SIMPSON,
CO ACHEN,
CO HIDENTHAL,
MAJOR MAYFIELD,
DOCTOR MORGAN,
CO RICKY WATKINS,
CO HENRY WILLIAMS,
MRS. C. SMITH, Legal Assistant,
JOHN DOE, Mexican at Strip Search,
CO GILLMAN,
JANE DOE, Woman Filming Strip Search,
CO DEFRANSISCO,
CO KEN TOPLISS, Hearing Officer,
CO FAZZINO, Investigator,
CO SANDIVALL,
CAPTAIN ACHEN,
LT. DUSENHACK, CSP Kitchen,
CO ORTEGA, CSP Kitchen,
CTCF MAILROOM STAFF, and
C.S.P. MAILROOM STAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 6 2007

GREGORY C. LANGHAM
CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated November 2, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01575-REB-KLM

Charles Lee Kettering
Prisoner No. 104451
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

CO McDowell, CO Simpson, CO Achen, CO Hidenthal,
Major Mayfield, Dr. Morgan, CO Ricky Watkins, CO Henry Williams,
Mrs. C. Smith, CO Gillman, CO DeFransisco, CO Ken Topliss,
CO Fazzino, CO Sandivall, Captain Achen, Lt. Dusenhack, and CO Ortega - **WAIVER** *
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on CO McDowell, CO Simpson, CO Achen, CO Hidenthal, Major Mayfield, Dr. Morgan, CO Ricky Watkins, CO Henry Williams, Mrs. C. Smith, CO Gillman, CO DeFransisco, CO Ken Topliss, CO Fazzino, CO Sandivall, Captain Achen, Lt. Dusenhack, and CO Ortega; and to John Suthers: AMENDED COMPLAINT FILED 10/22/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/6/07  .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk