IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff(s),

v.

CO McDOWELL,
CO SIMPSON,
CO ACHEN,
CO HIDENTHAL,
MAJOR MAYFIELD,
DOCTOR MORGAN,
CO RICKY WATKINS,
CO HENRY WILLIAMS,
MRS. C. SMITH, Legal Assistant,
JOHN DOE, Mexican at strip search,
CO GILLMAN,
JANE DOE, Woman filming strip search,
CO DEFRANSISCO,
CO KEN TOPLISS, Hearing Officer,
CO FAZZINO, Investigator,
CO SANDIVALL,
CAPTAIN ACHEN,
LT. DUSENHACK, CSP Kitchen,
CO ORTEGA, CSP Kitchen.
CTCF MAILROOM STAFF,
CSP MAILROOM STAFF,
CAPTAIN VENDETTI, and

    Defendant(s).
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Add a Party to Lawsuit [Docket No. 27, Filed November 16, 2007] (the "Motion"). Pursuant to Court Order dated September 28, 2007, Plaintiff was directed to file a "Final Amended Complaint" [Docket No.

14]. Plaintiff did so on October 22, 2007 [Docket No. 16]. On November 16, 2007, Plaintiff filed the present Motion and sought to amend his Final Amended Complaint to add Defendant Captain Vendetti[1] as a party [Docket No. 27]. To that end, he tendered a second pleading titled "Final Amended Complaint" [Docket No. 26].

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk is directed to accept the Final Amended Complaint [Docket No. 26] as filed. The deadline for the previously-served Defendants' Answers to Plaintiff's Final Amended Complaint [Docket No. 26] shall remain **January 7, 2008**.

By separate Order, the Court will order the U.S. Marshal to serve the Final Amended Complaint on the additional Defendant, Captain Vendetti.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Charles Lee Kettering #104451
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215-0777

Dated: November 19, 2007

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix

---

[1] The Court notes that Plaintiff has spelled Captain Vendetti's name three different ways: "Vendetti" [Docket No. 27]; "Vendette" [Docket No. 26, at 3]; and "Vendetta" [Docket No. 26, at 10]. The Court has no knowledge or information regarding the correct spelling of Captain Vendetti's name, and uses the spelling provided by Plaintiff in the Motion for convenience only.