IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff(s),

v.

CO McDOWELL,
CO SIMPSON,
CO ACHEN,
CO HIDENTHAL,
MAJOR MAYFIELD,
DOCTOR MORGAN,
CO RICKY WATKINS,
CO HENRY WILLIAMS,
MRS. C. SMITH, Legal Assistant,
JOHN DOE, Mexican at strip search,
CO GILLMAN,
JANE DOE, Woman filming strip search,
CO DEFRANSISCO,
CO KEN TOPLISS, Hearing Officer,
CO FAZZINO, Investigator,
CO SANDIVALL,
CAPTAIN ACHEN,
LT. DUSENHACK, CSP Kitchen,
CO ORTEGA, CSP Kitchen.
CTCF MAILROOM STAFF,
CSP MAILROOM STAFF,
CAPTAIN VENDETTI, and

    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* [Docket No. 7]. It is now

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant CAPTAIN VENDETTI who was added as a defendant by the Final Amended Complaint [Docket No. 26]. Plaintiff was given leave to amend his complaint and add the additional defendant by Court Order dated November 21, 2007 [Docket No. 33].[1] If the Clerk is unable to obtain a waiver of services from this defendant, the United States Marshal shall serve a copy of the Final Amended Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that CAPTAIN VENDETTI or her counsel shall respond to the Final Amended Complaint [Docket No. 26] as provided for in the Federal Rules of Civil Procedure after service of process on her.

Dated: November 21, 2007

By the Court:

/s Kristen L. Mix
Magistrate Judge Kristen L. Mix

---

[1] An Order Granting Service [Docket No. 22] was previously issued, and waivers of service executed for previously-named defendants [Docket No. 23].

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01575-REB-KLM

Charles Lee Kettering
Prisoner No. 104451
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Captain Vendetti - **WAIVER** *
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Captain Vendetti; and to John Suthers: FINAL AMENDED COMPLAINT FILED 11/16/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/21/07.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk