IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff(s),

v.

CO McDOWELL,
CO SIMPSON,
CO ACHEN,
CO HIDENTHAL,
MAJOR MAYFIELD,
DOCTOR MORGAN,
CO RICKY WATKINS,
CO HENRY WILLIAMS,
MRS. C. SMITH, Legal Assistant,
JOHN DOE, Mexican at strip search,
CO GILLMAN,
JANE DOE, Woman filming strip search,
CO DEFRANSISCO,
CO KEN TOPLISS, Hearing Officer,
CO FAZZINO, Investigator,
CO SANDIVALL,
CAPTAIN ACHEN,
LT. DUSENHACK, CSP Kitchen,
CO ORTEGA, CSP Kitchen.
CTCF MAILROOM STAFF,
CSP MAILROOM STAFF,
CAPTAIN VENDETTI, and

    Defendant(s).
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Third Preliminary Injunction to Compell [sic] CSP Staff in Kitchen to Stop Giving Plaintiff Rancid, Rotten, Spoiled Fruits & Vegetables and Shorting Milk, Coffee, & Food on Menu [Docket No. 32, filed November

19, 2007] (the "Motion"). Although Plaintiff titles the Motion as a "Third Preliminary Injunction" motion, there is only one other similar motion on the docket before the Court [Docket No. 17, Filed October 25, 2007]. Pursuant to Plaintiff's original motion, the Court ordered Defendants to respond to Plaintiff's allegations by January 7, 2008 [Docket No. 24, filed November 16, 2007].

IT IS HEREBY **ORDERED** that the Motion is **STRICKEN** as redundant pursuant to D.C. Colo. L. Civ. R. 7.1H. The motion seeks relief that is duplicative of a pending motion filed by Plaintiff. The Court does not need updates or reminders about Plaintiff's alleged condition and Defendants' alleged conduct in order to determine whether Plaintiff is entitled to a hearing on his request for a preliminary injunction and/or entry of injunctive relief. The Court needs to review Defendants' response to Plaintiff's <u>initial request</u> for entry of a preliminary injunction, and the Court needs an appropriate amount of time to duly consider the parties' pleadings. **The matter will not be determined until the Court has received and reviewed Defendants' response to Plaintiff's original motion.** Plaintiff is cautioned that filing duplicative motions in the future may be grounds for imposition of sanctions.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Charles Lee Kettering #104451
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215-0777

Dated: November 23, 2007

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix