IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

	Plaintiff(s),

v.

CO McDOWELL,
CO SIMPSON,
CO ACHEN,
CO HIDENTHAL,
MAJOR MAYFIELD,
DOCTOR MORGAN,
CO RICKY WATKINS,
CO HENRY WILLIAMS,
MRS. C. SMITH, Legal Assistant,
JOHN DOE, Mexican at strip search,
CO GILLMAN,
JANE DOE, Woman filming strip search,
CO DEFRANSISCO,
CO KEN TOPLISS, Hearing Officer,
CO FAZZINO, Investigator,
CO SANDIVALL,
CAPTAIN ACHEN,
LT. DUSENHACK, CSP Kitchen,
CO ORTEGA, CSP Kitchen.
CTCF MAILROOM STAFF,
CSP MAILROOM STAFF,
CAPTAIN VENDETTI, and

	Defendant(s).
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

	This matter is before the Court on Plaintiff's Motion to Compell [sic] CSP Staff Case Manager Roberts & Hunter to Supply Plaintiff with Ink Pens Now! [Docket No. 41; Filed December 7, 2007] ("Motion No. 41"). The Court notes that Plaintiff filed an identical

motion on November 26, 2007 in case number 06-cv-01989-REB-KLM [Docket No. 238], which was denied by this Court on November 28, 2007 [06-cv-01989-REB-KLM; Docket No. 240].[1] The arguments contained in Motion No. 41 relate to circumstances and deadlines set in Plaintiff's 2006 case, not the present case.

This matter is also before the Court on Plaintiff's Motion for Leave to File an Amended Complaint Adding Parties [Docket No. 43; Filed December 7, 2007] ("Motion No. 43").

IT IS HEREBY **ORDERED** that Motion No. 41 is **DENIED**. The Court is unable to determine that Plaintiff is entitled to relief in his 2007 case because the allegations and arguments contained in Motion No. 41 relate to his 2006 case. For instance, Plaintiff claims to need pens to respond to pending motions for summary judgment lodged against him. There are no pending motions for summary judgment in his 2007 case. Because Plaintiff has two pending cases in this Court, Plaintiff is directed to carefully caption and label his pleadings so that they may be docketed and considered in the proper case. In addition, all motions filed by Plaintiff must be supported by a recitation of law and facts that relate to the case in which the motions are filed. **In the future, Plaintiff's failure to properly caption, label, or support his motions with facts that are relevant to the relief requested will result in summary denial thereof.**

IT IS FURTHER **ORDERED** that Motion No. 43 is **DENIED**. Although leave to amend shall be freely given when justice requires pursuant to Fed. R. Civ. P. 15(a), Plaintiff has failed to show that justice would be served by the proposed amendment. Plaintiff wishes to amend his Final Amended Complaint to add his case managers as defendants regarding a claim related to their alleged failure to provide him with pens. However, Plaintiff has not asserted sufficient facts to state a claim for injury by the individuals he wishes to add as parties to his Final Amended Complaint. Plaintiff's allegations against these individuals claim that an injury may occur in the future if Plaintiff cannot secure pens. His alleged lack of pens at the present time has caused no injury to Plaintiff; indeed, the Court notes that since November 16, 2007, Plaintiff has filed five pleadings with this Court, all of which appear to contain text handwritten in pen. Moreover,

---

[1] Plaintiff has two pending cases in the United States District Court for the District of Colorado: (1) Civil Action No. 06-cv-01989-REB-KLM ("2006 case"); and (2) Civil Action No. 07-cv-01575-REB-KLM ("2007 case"). The motion at issue was originally filed on November 26, 2007 and listed the case number of the 2007 case. However, the lone named Defendant was "Larimer County Detention Center," which is a Defendant in Plaintiff's 2006 case. Because the circumstances alleged in the motion and the named Defendant pertained to Plaintiff's 2006 case, the motion was docketed and decided in that case. It now appears that Plaintiff either believes the Court's docketing was in error or wishes to assert the same arguments and request for relief in relation to his 2007 case. Accordingly, this Order is entered in his 2007 case.

Plaintiff points to no document he has been unable to file in this case resulting from any alleged or actual conduct of his case managers. As such, amendment of the Final Amended Complaint to assert a claim against these individuals would be futile. *See generally Jefferson County Sch. Dist. No. R-1 v. Moody's Investor's Servs., Inc.*, 175 F.3d 848, 859 (10th Cir. 1999) ("[T]he district court may deny leave to amend where amendment would be futile.").

In addition to notice of filing of this Minute Order being provided to the parties, it is **ORDERED** that the office of the Clerk shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR
Charles Lee Kettering #104451
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215-0777

Dated: December 11, 2007

BY THE COURT:

 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix