# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

**Civil Action No.: 07-cv-01575-REB-KLM**     **FTR** - Reporter Deck - Courtroom A-501
**Date:** February 06, 2008                   Courtroom Deputy, Ellen E. Miller
_____

CHARLES LEE KETTERING,                        Pro Se   (by telephone)
# 104451

     **Plaintiff(s),**
v.

MAJOR MAYFIELD,                               Jess  A.  Dance
CO MCDOWELL,
KEN TOPLISS,
DEFRANSISCO,
ACHEN,
CO ACHEN,
SIMPSON,
RICKY WATKINS,
SANDIVALL,
GILLMAN,
C. SMITH,
HIDENTHAL,
DOCTOR MORGAN,
HENRY WILLIAMS,
FAZZINO,
JOHN DOE,
JANE DOE,
DUSENACK
ORTEGA,
CTCF MAIL ROOM STAFF,
CSP MAIL ROOM STAFF, and
CAPTAIN VENDETTA,

     **Defendant(s).**
_____
### COURTROOM   MINUTES  /  MINUTE  ORDER
_____

**HEARING: PRELIMINARY RULE 16(b) SCHEDULING / STATUS CONFERENCE and MOTIONS HEARING**

**Court in Session:** 9:30 a.m.
Court calls case. Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel.

Opening statements by the Court.

**It is ORDERED:** Plaintiff's MOTION FOR PRELIMINARY INJUNCTION TO COMPELL [sic] C.S.R. STAFF IN KITCHEN TO STOP SENDING ME "ROTTEN""RANCID" FRUIT & VEGATABLES [sic], AND SHORTING FOOD ON MENUS (Docket No. **17,** Filed October 25, 2007] is **TAKEN UNDER ADVISEMENT**.

**It is ORDERED:** Defendants' MOTION TO EXTEND PAGE LIMIT FOR MOTION TO DISMISS [Docket No. **49,** Filed January 07, 2008] is **GRANTED.**

**It is ORDERED:** Defendants shall have to and including FEBRUARY 15, 2008 within which to file their REPLY in regard to the Motion to Dismiss [Docket No. 50].

Defense states the Defendants do not anticipate filing a Reply in regard to their Motion to Dismiss. Therefore, the Motion to Dismiss is deemed fully briefed, and,

**It is ORDERED:** Defendants' MOTION TO DISMISS [Docket No. **50,** Filed January 07, 2008] is **TAKEN UNDER ADVISEMENT**.

**It is ORDERED:** Plaintiff's MOTION ADDING ANOTHER DEFENDANT (CO WEST) AND MORE INFORMATION TO CLAIM #7. AND (CO ZAMPARELLI) [Docket No. **52,** Filed January 14, 2008] is **DENIED.**

**It is ORDERED:** Plaintiff's MOTION TO ADD A PARTY TO LAW SUIT (CO VAALPANDO) (CO GERIDONO) CLAIM # SEVEN (7) [Docket No. **53,** Filed January 14, 2008] is **DENIED.**

**It is ORDERED:** Plaintiff's MOTION TO ADD (4) THREE MORE DEFENDANT [sic] OF DAY SHIFT STAFF TO ADD TO CLAIM (7) SEVEN. CO SIMMS, CO GREENWOOD, CO LATIMER & THREE MORE UNKNOWN CO ON DAY SHIFT. [Docket No. **54,** Filed January 14, 2008] is **DENIED.**

**It is ORDERED:** Documents filed by Plaintiff as AMENDED COMPLAINTS are **STRICKEN:**
[Docket No. **57,** Filed January 14, 2008] is **STRICKEN,**
[Docket No. **60,** Filed January 18, 2008 ] is **STRICKEN,**

|  |  |
|---|---|
|  | [Docket No. **61,** Filed January 18, 2008]   is **STRICKEN,** |
|  | [Docket No. **66**, Filed January 31, 2008]   is **STRICKEN.** |

**It is ORDERED:**  Plaintiff's MOTION TO HAVE (30) THIRTY UNKNOW [sic] CORRECTIONS OFFICERS OR/AND CASE MANAGERS FOUND IN DISCOVERY. [Docket No. **55,** Filed January 14, 2008] is **DENIED** for the reasons set forth on the record.

**It is ORDERED:**  Plaintiff's MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915. [Docket No. **56,** Filed January 14, 2008] is **DENIED** for the reasons set forth on the record.

**It is ORDERED:**  Plaintiff's MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915. [Docket No. **58,** Filed January 18, 2008] is **DENIED** for the reasons set forth on the record.

**It is ORDERED:**  Plaintiff's MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915. [Docket No. **59,** Filed January 18, 2008] is **DENIED** for the reasons set forth on the record.

**It is ORDERED:**  Plaintiff's MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915. [Docket No. **64,** Filed January 31, 2008] is **DENIED** for the reasons set forth on the record.

The Court reminds Plaintiff he does not need to continue to file Motions for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

**It is ORDERED:**  Defendants' MOTION TO STRIKE PLAINTIFF'S FOUR TENDERED AMENDED COMPLAINTS, THREE MOTIONS TO AMEND, AND FOUR SECTION 1915 MOTIONS [Docket No. **67,** Filed February 01, 2008] is **DENIED AS MOOT.**

**It is ORDERED:**  Plaintiff shall file <u>one</u> comprehensive Complaint titled **"FINAL CONSOLIDATED AMENDED COMPLAINT".**
This "Final Consolidated Amended Complaint" shall encompass ALL claims and defendants the Plaintiff wishes to pursue.

        Plaintiff shall have to and including **FEBRUARY 13, 2008** within which to file his "Final Consolidated Amended Complaint".
The "Final Consolidated Amended Complaint" shall **not** exceed forty (40) pages. **Any** pages in excess of forty (40) will be stricken by the Court. No further Amended Complaints shall be filed.

**It is ORDERED:**    DISCOVERY DEADLINE is set **MAY 30, 2008.**

                DISPOSITIVE MOTIONS DEADLINE is set **JUNE 30, 2008.**

Each side shall be limited to a total of ten (10) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court.

Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions.

Defendants make an Oral Motion pursuant to Fed.R.Civ.P. 30(a)(2) for Leave to Depose Plaintiff who is confined to prison.

**It is ORDERED:**    Defendants ORAL MOTION PURSUANT TO Fed. R.Civ.P. 30(a)(2) FOR LEAVE TO DEPOSE PLAINTIFF WHO IS CONFINED TO PRISON is **GRANTED.**

**It is ORDERED:**    A FINAL PRETRIAL CONFERENCE is set
**SEPTEMBER 04, 2008 at 9:00 a.m.**
before Magistrate Judge Kristen L. Mix.

                Proposed Final Pretrial Order shall be filed
no later than **AUGUST 28, 2008.**

(See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission).

Currently a Trial Preparation Conference is set November 20, 2008 at 1:15 p.m. before The Honorable Robert E. Blackburn.
Currently a four (4) day Jury Trial is set December 15, 2008 at 8:30 a.m. before The Honorable Robert E. Blackburn.

*07-cv-01757-REB-KLM*
*Preliminary Rule 16(b) Scheduling / Status Conference and Motions Hearing*
*February 06, 2008*

Plaintiff is reminded that should the Plaintiff be released or transferred, he is obligated to arrange appearance or personally appear for all court dates. Also, pursuant to D.C.COLO.LCivR 10.1 M. within ten days after any change of address, a party must notify the court in writing.

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry to the courthouse.

HEARING CONCLUDED.
**Court in Recess**: 9:48 a.m.
Total In-Court Time: 00:18