**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

      Plaintiff,

v.

CO McDOWELL, et al.,

      Defendants.

---

**ORDER OVERRULING OBJECTIONS TO AND**
**ADOPTING RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matters before me are (1) the **Recommendation of United States**
**Magistrate Judge** [#71], filed February 7, 20008; and (2) plaintiff's **Motion of**
**Objection to Defendant [sic] Motion To Stop Preliminary Injunction** [#77], filed
February 19, 2008.  I overrule the objections, adopt the recommendation, and deny the
motion for preliminary injunction.

      As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the
recommendation to which objections have been filed, and have considered carefully the
recommendation, objections, and applicable caselaw.  In addition, because plaintiff is
proceeding *pro se*, I have construed his pleadings more liberally and held them to a
less stringent standard than formal pleadings drafted by lawyers.  *See Hall v. Bellmon*,
935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-

reasoned.  Plaintiff's objections thereto are imponderous and without merit.[1]

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#71], filed February 7, 20008, is **APPROVED AND ADOPTED** as an order of this court;

2.  That plaintiff's **Motion of Objection to Defendant [sic] Motion To Stop Preliminary Injunction** [#77], filed February 19, 2008, is **OVERRULED**; and

3.  That plaintiff's **Preliminary Injunction To Compell [sic] C.S.P. Staff in Kitchen To Stop Sending Me "Rotten" "Rancid" Fruit & Vegatables [sic] and Shorting Food on Menus** [#17], filed October 25, 2007, is **DENIED**.

Dated March 6, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

---

[1]  In his objections, plaintiff suggests that defendants' alleged failure to provide him with fresher produce as required by his kosher diet "is making a mockery of the religious meal and a First Amendment Constitutional Right to freedom of Religion."  (Objection ¶ 3 at 1.)  Because plaintiff has not alleged a First Amendment claim in this lawsuit, I do not consider such a claim to be implicated by the recommendation, apposite motion, or this order.