IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff(s),

v.

CO CHAVES,
CO LATIMER,
CO SIMMS,
CO GERIDONO,
SHIFT COMMANDER GLIDEWAY,
SHIFT COMMANDER DEROSA,
CO CLIFTON,
CO KIRK,
CO MERTZ,
CO COLT MCVEY,
CO SPARKS,
CO VAALPANDO,
CO WEST,
CO McDOWELL,
CO SIMPSON,
CO ACHEN,
CO HIDENTHAL,
MAJOR MAYFIELD,
DOCTOR MORGAN,
CO RICKY WATKINS,
CO HENRY WILLIAMS,
MRS. C. SMITH, Legal Assistant,
CO GILLMAN,
CO DEFRANSISCO,
CO KEN TOPLISS, Hearing Officer,
CO FAZZINO, Investigator,
LT. DUZENACK, CSP Kitchen,
CO ORTEGA, CSP Kitchen.,
CAPTAIN VENDETTA,
CO ZAMPARELLI, and
[FNU] HOLDICH,

    Defendant(s).

_____
## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Motion to Extend the Discovery Deadline to Take Plaintiff's Deposition or, in the Alternative, Motion to Shorten the "Reasonable Notice" Period of D.C.COLO.LCivR 30.1(A)** [Docket No. 113; Filed July 22, 2008] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court agrees that an extension of the deadline to take Plaintiff's deposition and a shortening of the reasonable notice period are warranted here.

      IT IS FURTHER **ORDERED** that the reasonable notice period set forth in D.C. Colo. L. Civ. R. 30.1(A) is shortened to **no less than three (3) calendar days** for the purpose of noticing Plaintiff's deposition.

      IT IS FURTHER **ORDERED** that the deadline for Defendants to depose Plaintiff set forth in my Order of July 15, 2008 [Docket No. 110] is extended to **August 29, 2008**.

Dated: July 23, 2008