IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff(s),

v.

CO CHAVES,
CO LATIMER,
CO SIMMS,
CO GERIDONO,
SHIFT COMMANDER GLIDEWAY,
SHIFT COMMANDER DEROSA,
CO CLIFTON,
CO KIRK,
CO MERTZ,
CO COLT MCVEY,
CO SPARKS,
CO VAALPANDO,
CO WEST,
CO McDOWELL,
CO SIMPSON,
CO ACHEN,
CO HIDENTHAL,
MAJOR MAYFIELD,
DOCTOR MORGAN,
CO RICKY WATKINS,
CO HENRY WILLIAMS,
MRS. C. SMITH, Legal Assistant,
CO GILLMAN,
CO DEFRANSISCO,
CO KEN TOPLISS, Hearing Officer,
CO FAZZINO, Investigator,
LT. DUZENACK, CSP Kitchen,
CO ORTEGA, CSP Kitchen.,
CAPTAIN VENDETTA,
CO ZAMPARELLI, and
[FNU] HOLDICH,

    Defendant(s).

___

## MINUTE ORDER
___

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion to Stop Defendant [sic] Attorney From Fabricating False, Libious [sic] Lies About Plaintiff** [Docket No. 118; Filed July 29, 2008]; **Motion for More Than Three Days Notice of Any Deposition (10 Days at Least)** [Docket No. 119; Filed July 29, 2008]; and **Motion to Compell [sic] Defendants to Comply with Plaintiff's Discovery Request A.S.A.P. & Give Deadline** [Docket No. 120; Filed July 29, 2008].

IT IS HEREBY **ORDERED** that Motion No. 118 is **DENIED** due to Plaintiff's failure to comply with D.C. Colo. L. Civ. R. 7.1(C) and provide legal authority and factual support for his request.

IT IS FURTHER **ORDERED** that Motion No. 119 is **DENIED**. To the extent that Plaintiff seeks reconsideration of the Court's Order of July 23, 2008 [Docket No. 115], Plaintiff has failed to provide sufficient justification to prompt the Court to reach a different result. Further, the Court is unsympathetic to Plaintiff's arguments given his wholly unjustified failure to attend an earlier deposition where ten days notice was given [Docket No. 110].

IT IS HEREBY **ORDERED** that Motion No. 120 is **DENIED** due to Plaintiff's failure to comply with D.C. Colo. L. Civ. R. 37.1. Moreover, the discovery deadline applicable to this case has expired, with the limited exception of securing Plaintiff's deposition. Finally, to the extent that Plaintiff seeks an order compelling Defendants to respond to discovery requests at issue in Defendants' Motion for Protective Order [Docket No. 91], the Court entered the Protective Order and authorized Defendants not to respond to Plaintiff's overly burdensome, confusing, and noncompliant requests [Docket No. 100].

Dated: July 31, 2008