# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-01575-REB-KLM

CHARLES LEE KETTERING,

    Plaintiff,

v.

CO McDOWELL, et al.,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge and Order Requiring Plaintiff To Attend His Deposition** [#110], filed July 15, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge and Order Requiring Plaintiff To Attend His Deposition** [#110], filed July 15, 2008, is **APPROVED AND ADOPTED** as an order of this court;

    2. That defendants' **Rule 37(d) Motion To Dismiss** [#102], filed June 11, 2008, is **DENIED**; and

3.  That defendants' **Motion To Vacate Trial and All Pending Deadlines** [#104], filed June 18, 2008, is **DENIED**.

Dated August 14, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge