IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01575-CMA-KLM

CHARLES LEE KETTERING,

    Plaintiff,

v.

CO CHAVES,
CO LATIMER,
CO SIMMS,
CO GERIDONO,
SHIFT COMMANDER GLIDEWAY,
SHIFT COMMANDER DEROSA,
CO CLIFTON,
CO KIRK,
CO MERTZ,
CO COLT MCVEY,
CO SPARKS,
CO VAALPANDO,
CO WEST,
CO McDOWELL,
CO SIMPSON,
CO ACHEN,
CO HIDENTHAL,
MAJOR MAYFIELD,
DOCTOR MORGAN,
CO RICKY WATKINS,
CO HENRY WILLIAMS,
MRS. C. SMITH, Legal Assistant,
CO GILLMAN,
CO DEFRANSISCO,
CO KEN TOPLISS, Hearing Officer,
CO FAZZINO, Investigator,
LT. DUZENACK, CSP Kitchen,
CO ORTEGA, CSP Kitchen.,
CAPTAIN VENDETTA,
CO ZAMPARELLI, and
[FNU] HOLDICH,

Defendants.

_____

**ORDER RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE
DATED SEPTEMBER 11, 2008 AND OCTOBER 21, 2008**
_____

THIS MATTER is before the Court on Defendants' Motion to Dismiss (Doc. # 86), filed April 7, 2008 and Defendants' Rule 41(b) Motion to Dismiss (Doc. # 151) filed September 29, 2008. Both motions were referred to Magistrate Kristen L. Mix for a Recommendation by Orders of Reference dated April 8, 2008 and September 29, 2008, respectively.

Magistrate Judge Mix issued a Recommendation (Doc. # 139) on September 11, 2008 granting in part and denying in part Defendants' Motion to Dismiss and a Recommendation (Doc. # 171) on September 29, 2008 granting Defendants' Rule 41(B) Motion to Dismiss. The Recommendations are incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendations advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party. Although Plaintiff has not filed any specific objections addressing the matters set forth in the Magistrate's Recommendations, Plaintiff filed a number of motions subsequent to the issuance of the Recommendations. As such, the Court has conducted a *de novo* review of the issues, the recommendations and Plaintiff's filings. Based on this review, the Court has concluded that the Magistrate

Judge's thorough and comprehensive analysis and recommendations are correct. Accordingly,

IT IS ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 139) is ACCEPTED and, for the reasons cited therein, Defendants' Motion to Dismiss is granted in part and denied in part as follows:

1. Plaintiff's claims against Defendants in their official capacities are DISMISSED WITH PREJUDICE; and

2. Plaintiff's claims for relief pursuant to Claims II, III, IV, VI, VII, IX, X, and XI are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the Recommendation of the United States Magistrate Judge and Order Denying Stay of Case (Doc. # 171) is ACCEPTED. The Court finds that Plaintiff has repeatedly ignored and failed to comply with Orders of this Court. In addition, the Court is particularly disturbed by Plaintiff's pattern of unacceptable and abusive behavior and language directed toward the Court and the litigants. Plaintiff's behavior not only justifies the dismissal of Plaintiff's action pursuant to Fed. R. Civ. P. 41(b) and 11, but also, such behavior is malicious and justifies dismissal of Plaintiff's action pursuant to 28 U.S.C. Section 1915(e)(2)(B)(I). Accordingly, Defendants' Motion to Dismiss is GRANTED and Plaintiff's action is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that all remaining motions in this case are DENIED and that the Trial Preparation Conference of November 20, 2008 and trial date of December

15, 2008 are hereby VACATED.

DATED: November 12, 2008

BY THE COURT:

_____
Christine M. Arguello
United States District Judge